In the Matter of the Accounting of JAMES SARVENT, as Trustee under the Will of GARRETT SARVENT, Deceased, Appellant.

MABEL M. GUILFOYLE, Respondent.

Argued January 7, 1941; decided January 23, 1941.

*Theodore G. Weinberger* and *Benjamin Levison* for appellant.

*Clarence A. Baracks* for respondent.

Appeal dismissed, with costs, on the ground that the determination appealed from is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.